IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ELIJAH WILLIAM WYLIE                                                          PLAINTIFF

               v.                          Civil No. 10-2011

SHERIFF MIKE ALLEN;
CAPTAIN JEFF MARVIN;
and LT. VENA CUPP                                                            DEFENDANTS

## MEMORANDUM OPINION

Plaintiff, Elijah William Wylie, filed this civil rights case pursuant to the provisions of 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*. The case is before me pursuant to the consent of the parties (Doc. 11).

Defendants filed a motion for summary judgment (Doc. 15). On January 13, 2011, I propounded a questionnaire (Doc. 20) to the Plaintiff to assist him in responding to the summary judgment motion. The response was due on February 10, 2011.

On January 21, 2011, the order and attached questionnaire were returned to the Court as undeliverable. When he filed this case, Plaintiff was advised that he had an obligation to keep the Court informed of his current address at all times.

Plaintiff has not provided the Court with his new address. He has not communicated in anyway. This case will therefore be dismissed based on Plaintiff's failure to prosecute this case and his failure to obey the order of the Court. Fed. R. Civ. P. 41(b). A separate order in accordance with this opinion will be entered.

DATED this 22nd day of February 2011.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)