IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ELIJAH WILLIAM WYLIE                                                                               PLAINTIFF

              v.                        Civil No. 10-2011

SHERIFF MIKE ALLEN;
CAPTAIN JEFF MARVIN;
and LT. VENA CUPP                                                                                  DEFENDANTS

## JUDGMENT

      For the reasons stated in a memorandum opinion entered this same day, this case is dismissed based on Plaintiff's failure to prosecute this case and his failure to obey the order of the Court. Fed. R. Civ. P. 41(b). .

      DATED this 22nd day of February 2011.

/s/ *J. Marschewski*
  HON. JAMES R. MARSCHEWSKI
  CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A (Rev. 8/82)